UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JORGE EDILBERTO GOMEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>E. FICKET, *et al.*,<br><br>        Defendants. | Case No. C07-5635 BHS/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

    Before the court is Plaintiff's motion to an extension of time to respond to Defendants' motion to dismiss. (Dkt. # 33). Defendants' motion to dismiss is presently noted for consideration on June 6, 2008. (Dkt. # 60). Plaintiff requests an extension of time because he claims that he did not receive Defendants motion in his mail. (Dkt. # 33). Defendants note that Plaintiff received a packet from their office on May 12, 2008, but are not opposed to an extension. (Dkt. # 60).

    Having reviewed the parties' submissions and balance of the record, the court finds that Plaintiff should be granted an extension. Plaintiff also requests that the court consider additional facts relating to his claim. However, he has not filed a motion to amend or provided an amended complaint for the court's review. His response to the motion to dismiss is limited to those facts originally alleged in his complaint.

ORDER - 1

1    Accordingly, plaintiff's motion for an extension of time (Dkt. # 33) is **GRANTED**; Plaintiff
2 may file his response to the motion to dismiss (Dkt. # 29) on or before **July 21, 2008**[1]. Defendants'
3 reply shall be due on or before **July 25, 2008**; and the Court Clerk shall re-note the motion to
4 dismiss for the court's consideration for **July 25, 2008**.

5    The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

7    DATED this 1st day of July, 2008.

Karen L. Strombom
United States Magistrate Judge

---

[1] Plaintiff should note that his response is due on the Monday prior to the noting date of the motion in accordance with the rules for setting dispositive motions for consideration on the court's calendar. All briefs and affidavits in opposition to any motion shall be filed and served not later than 4:30 p.m. on the Monday immediately preceding the Friday appointed for consideration of the motion. If a party fails to file and serve timely opposition to a motion, the court may deem any opposition to be without merit. The party making the motion may file a reply to the opposing party's briefs and affidavits, which also shall be filed and served pursuant to the requirements of Fed. R. Civ. P. 7 and Local Rule CR 7.

ORDER - 2