UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JORGE EDILBERTO GOMEZ,

    Plaintiff,

  v.

E. FICKET, *et al.*,

    Defendants.

Case No. C07-5635 BHS/KLS

SECOND ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Before the court is Plaintiff's second motion to an extension of time to respond to Defendants' motion to dismiss. (Dkt. # 36). Having reviewed the Plaintiff's motion and Defendants' opposition (Dkt. # 37), the Court finds that Plaintiff shall be granted an addition thirty days to respond. No further extensions shall be granted.

Accordingly, plaintiff's motion for an extension of time (Dkt. # 36) is **GRANTED**; Plaintiff may file his response to the motion to dismiss (Dkt. # 29) on or before **August 25, 2008**[1].

---

[1] Plaintiff should note that his response is due on the Monday prior to the noting date of the motion in accordance with the rules for setting dispositive motions for consideration on the court's calendar. All briefs and affidavits in opposition to any motion shall be filed and served not later than 4:30 p.m. on the Monday immediately preceding the Friday appointed for consideration of the motion. If a party fails to file and serve timely opposition to a motion, the court may deem any opposition to be without merit. The party making the motion may file a reply to the opposing party's briefs and affidavits, which also shall be filed and served pursuant to the requirements of

ORDER - 1

1 Defendants' reply shall be due on or before **August 29, 2008**; and the Court Clerk shall re-note the
2 motion to dismiss for the court's consideration for **August 29, 2008**.

3     The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

5     DATED this 6th day of August, 2008.

*signature*
Karen L. Strombom
United States Magistrate Judge

---

25 Fed. R. Civ. P. 7 and Local Rule CR 7.

26 ORDER - 2