UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JORGE EDILBERTO GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>E. FICKET, et al.,<br><br>  Defendants. | Case No. C07-5635BHS/KLS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 38). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Defendants Day, Jacobson, and Taylor's Motion for Summary Judgment (Dkt. 30) is **GRANTED** and Plaintiff's claims against these Defendants are **DISMISSED**.

DATED this 16th day of Septmeber, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER