# United States District Court

WESTERN DISTRICT OF WASHINGTON

JORGE EDILBERTO GOMEZ

        v.

E. FICKET, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5635BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Damages, Sanctions, Perjury, and False Swearing (Dkt. 55) is **DENIED**;

The Court **OVERRULES** Plaintiff's objections (Dkt. 54);

The Court **ADOPTS** the Report and Recommendation (Dkt. 53); and

This action is **DISMISSED** because Plaintiff failed to fully exhaust his administrative remedies.

 

   December 23, 2008                                               BRUCE RIFKIN
Date                                                       Clerk

                                                                           *s/CM Gonzalez*
                                                                           Deputy Clerk